IN THE COURT OF APPEALS OF THE NAVAJO NATION

WINDOW ROCK, NAVAJO NATION (ARIZONA)

BERTHA DAVIS, ) No. A-CV-29-78
 )
 Plaintiff-Appellee, )
 )
 vs. ) 
 )
THE NAVAJO TRIBE, et al., )
 )
 Defendants-Appellants.)
_____)

Pursuant to Defendants-Appellants' withdrawal of Appeal filed June 18, 1979,

It is hereby, ORDERED that the above-entitled appeal is DISMISSED without prejudice.

Dated this 26th day of June, 1979.

Robert Walters
Acting Chief Justice of the Navajo Nation